JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

'08 CIV 7308

===========================================

MODERN EQUITY, INC.,

        Plaintiff,

No. _____

v.

MT. HAWLEY INSURANCE COMPANY,

        Defendant.



===========================================

## CORPORATE DISCLOSURE STATEMENT

Defendant, Mt. Hawley Insurance Company, by and through its attorneys, Kenney Shelton Liptak Nowak LLP, states pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it is a wholly-owned subsidiary of RLI Corp., a publicly-traded company.

Dated: August 15, 2008

Respectfully submitted,

KENNEY SHELTON LIPTAK NOWAK LLP

By: _____
     Timothy E. Delahunt, Esq.

510 Rand Building
14 Lafayette Square
Buffalo, New York 14203
Tel.: (716) 853-3801
Fax: (716) 853-0265
E-Mail: tedelahunt@kslnlaw.com

*Attorneys for defendant Mt. Hawley Insurance Company*