UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MODERN EQUITY COMPANY, INC.,

                        Plaintiff,

          -against-

MT. HAWLEY INSURANCE COMPANY,

                        Defendant.

---------------------------------------------------------------X

Docket No.: 08 CV 07308 (BSJ)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Plaintiff, MODERN EQUITY COMPANY, INC., hereby enters its appearance in the above-captioned case and requests that all further notices of all matters arising herein be duly served upon the undersigned attorney on behalf of MODERN EQUITY COMPANY, INC., at the address set forth below.

Dated: New York, New York
August 21, 2008

Yours, etc.

SPERBER, DENEBERG & KAHAN, P.C.
Attorneys for Plaintiff, MODERN EQUITY COMPANY, INC.

By: _____
JAMES C. MANTIA, ESQ
JCM-9482
48 West 37th Street
16th Floor
New York, New York 10018
(917) 351-1335x223

TO: KENNEY SHELTON LIPTAK NOWAK LLP
510 Rand Building
14 Lafayette Square
Buffalo, New York 14203
ATTN: Timothy E. Delahunt, Esq.

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

BEATRIZ CRUZ, being duly sworn, deposes and says:

1. I am not a party to this action; I am over 18 years of age and I reside in Kings County.

2. On August 21, 2008, I served the within NOTICE OF APPEARANCE upon:

   KENNEY SHELTON LIPTAK NOWAK LLP
   510 Rand Building
   14 Lafayette Square
   Buffalo, New York 14203
   ATTN: Timothy E. Delahunt, Esq.

at the addresses designed by said party(s)/attorney(s) for that purpose by depositing true copies of same enclosed in postpaid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Beatriz Cruz

Sworn to before me this
21 day of August, 2008

_____
Notary Public

ROMINA BENZAKARYA
Notary Public, State of New York
No. 02BE6070639
Qualified in Nassau County
Commission Expires March 4, 2010

08-CV-07308 (BSJ)

*Index No.* _____ *Year* 20 ___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MODERN EQUITY, INC.,

Plaintiff

-against-

MT. HAWLEY INSURANCE COMPANY,

Defendant.

## NOTICE OF APPEARANCE

SPERBER DENENBERG & KAHAN, P.C.

*Attorneys for*

48 West 37th Street
16th Floor
New York, New York 10018
(917) 351-1335

To: ............................................
    *Attorney(s) for* Plaintiff- MODERN EQUITY, INC.

Service of a copy of the within ............................................ is hereby admitted.

Dated:

    ............................................
    *Attorney(s) for*

**PLEASE TAKE NOTICE**

Check Application Box

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court.

at _____, at _____ M.
on _____ 20

Dated:

*Attorneys for*

SPERBER DENENBERG & KAHAN, P.C.
48 West 37th Street
16th Floor