UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MODERN EQUITY COMPANY, INC.,

                Plaintiff,

      -against-

MT. HAWLEY INSURANCE COMPANY,

                Defendant.

------------------------------------------------------------X

Docket No.: 08 CV 07308 (BSJ)

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, MODERN EQUITY COMPANY, INC., by and through its attorneys, SPERBER DENENBERG & KAHAN, P.C., states pursuant to Rule 7.1 of the Federal Rules of Civil procedure that it has no parent corporation and it does not have any publicly held corporation that holds ten (10) percent or more of its stock.

Dated: New York, New York
       August 27, 2008

                Yours, etc.

                SPERBER, DENENBERG & KAHAN, P.C.
                Attorneys for Plaintiff, MODERN EQUITY COMPANY, INC.

                By: _____
                    JAMES C. MANTIA, ESQ
                    JCM-9482
                    48 West 37th Street
                    16th Floor
                    New York, New York 10018
                    (917) 351-1335x223

TO : KENNEY SHELTON LIPTAK NOWAK LLP
     510 Rand Building
     14 Lafayette Square
     Buffalo, New York 14203
     ATTN: Timothy E. Delahunt, Esq.

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

JAMES C. MANTIA, being duly sworn, deposes and says:

1. I am not a party to this action; I am over 18 years of age and I reside in Kings County.

2. On August 27, 2008, I served the within Rule 7.1 Corporate Disclosure Statement upon:

   KENNEY SHELTON LIPTAK NOWAK LLP
   510 Rand Building
   14 Lafayette Square
   Buffalo, New York 14203
   ATTN: Timothy E. Delahunt, Esq.

at the addresses designed by said party(s)/attorney(s) for that purpose by depositing true copies of same enclosed in postpaid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
James C. Mantia

Sworn to before me this
27th day of August, 2008

_____
Notary Public

ROSS GILMORE
Notary Public, State of New York
No. 02GI6187796
Qualified in Queens County
Commission Expires May 27, 20__

*Index No.* 08-CV-07308 (BSJ)   *Year* 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MODERN EQUITY, INC.,

Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY,

Defendant.

## Rule 7.1 Corporate Disclosure Statement

SPERBER DENENBERG & KAHAN, P.C.

*Attorneys for*

48 West 37th Street
16th Floor
New York, New York 10018
(917) 351-1335

To:

Attorney(s) for Plaintiff-Modern Equity, Inc.

Service of a copy of the within ................................................ is hereby admitted.

Dated:

................................................
Attorney(s) for

### PLEASE TAKE NOTICE

Check Application Box

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on          20

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court,

at                                    , at                      M.

Dated:          on

SPERBER DENENBERG & KAHAN, P.C.

*Attorneys for*

48 West 37th Street
16th Floor